154 A.3d 702

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOSEPH A. AMBROSIA, DEFENDANT-PETITIONER.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001349-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 703

BELMONT CONDOMINIUM ASSOCIATION, INC., PLAINTIFF-RESPONDENT, v. ARROWPOINT CAPITAL CORPORATION, ROYAL SURPLUS LINES INSURANCE COMPANY, ROYAL & SUN ALLIANCE INSURANCE COMPANY, ARROWOOD SURPLUS LINES INSURANCE COMPANY, DEFENDANTS, AND NATIONAL INDEMNITY COMPANY, DEFENDANT-PETITIONER, AND WATERFRONT MANAGEMENT CORPORATION, AND COMMERCE CONSTRUCTION MANAGEMENT, LLC, DEFENDANTS.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004187-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.